**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE:<br>DANIELLE MCCOY AND KYLIE MCCOY,<br>Debtors. | ) | Case No. 26-11376-SAH<br>Chapter 7 |
| IAN'S ENTERPRISE, LLC<br><br>Plaintiff,<br>vs.<br><br>DANIELLE MCCOY AND KYLIE MCCOY,<br><br>Defendants. | ) | Adv. Pro. 26-01031-SAH |

STATE OF OKLAHOMA )
). ss.
COUNTY OF OKLAHOMA )

**AFFIDAVIT OF AMANDA R. BLACKWOOD**

I, Amanda R. Blackwood, being of lawful age and having first been duly sworn upon oath, state:

1. I am an attorney of record for Plaintiff, Ian's Enterprise, LLC, in the above-referenced adversary proceeding. I am authorized to make this Affidavit and have personal knowledge of the facts stated herein.

2. Plaintiff filed the Complaint against Defendants, Danielle McCoy and Kylie McCoy ("Defendants"), on July 27, 2026. A Summons in an Adversary Proceeding was duly issued to Defendants by the Clerk of the Bankruptcy Court on July 28, 2026.

3. As evidenced by the Return of Service filed on July 30, 2026, Defendants were properly served with the Complaint and Summons in an Adversary Proceeding via first-class mail on July 28, 2026.

4. As evidenced by the Return of Service filed on July 30, 2026, Paul J. Choate, attorney of record for Defendants in the underlying bankruptcy case, was properly served with a copy of the Complaint and Summons In An Adversary Proceeding via first-class mail on July 28, 2026.

5. Pursuant to Federal Rule of Bankruptcy Procedure 7012, Defendants had thirty (30) days to answer the Complaint. The time for Defendants to answer or otherwise respond to the Complaint has now expired. Defendants have not filed an answer or otherwise responded to the Complaint.

6. Defendants are not minors or incompetent persons.

7. Pursuant to 50 U.S.C.A. App. § 521, after having conducted a reasonable inquiry into the military service status of each Defendant in this matter, the undersigned attorney declares that, based on the records kept by the Department of Defense Manpower Data Center, neither Defendant appears to be in military service as defined by the Servicemembers' Civil Relief Act of 2003, 50 U.S.C. §§ 3901-4043. (See attached Military Status Reports.) [CONFIRM AND ATTACH REPORTS FOR BOTH DEFENDANTS.]

FURTHER AFFIANT SAITH NOT.

_______________________________
AMANDA R. BLACKWOOD

Subscribed and sworn to before me, the undersigned Notary Public, on this ______ day of _______________, 2026.

(SEAL)

_______________________________
Notary Public