**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE:<br>DANIELLE MCCOY AND KYLIE MCCOY,<br>Debtors. | ) | Case No. 26-11376-SAH<br>Chapter 7 |
| IAN'S ENTERPRISE, LLC<br><br>Plaintiff,<br>vs.<br><br>DANIELLE MCCOY AND KYLIE MCCOY,<br><br>Defendants. | ) | Adv. Pro. 26-01031-SAH |

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ). | ss. |
| COUNTY OF OKLAHOMA | ) | |

**REQUEST FOR ENTRY OF DEFAULT BY THE CLERK**

Pursuant to Federal Rule of Civil Procedure 55(a), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7055, Plaintiff, Ian's Enterprise, LLC ("Plaintiff"), respectfully requests Entry of Default by the Clerk against Defendants, Danielle McCoy and Kylie McCoy ("Defendants"), for failure to plead or otherwise defend in this adversary proceeding as required by law. In support of this request, Plaintiff states as follows:

1. Plaintiff filed the Complaint against Defendants on July 27, 2026 [Doc. 1]. A Summons in an Adversary Proceeding was duly issued to Defendants by the Clerk of the Bankruptcy Court on July 28, 2026 [Doc. 2 & 3].
2. As evidenced by the Return of Service filed on July 30, 2026 [Doc. 4], Defendants were properly served with the Complaint and Summons in an Adversary Proceeding via first-class mail on July 29, 2026.

3. As evidenced by the Return of Service filed on July 30, 2026 [Doc. 4], Paul J. Choate attorney of record for Defendants in the underlying bankruptcy case, was properly served with a copy of the Complaint and Summons In An Adversary Proceeding via first-class mail on July 29, 2026.
4. The time for Defendants to answer or otherwise respond to the Complaint expired on August 26, 2026.
5. Defendants have not filed an answer or other responsive pleading.
6. Defendants are not minors or incompetent persons.
7. Pursuant to 50 U.S.C.A. App. § 521, after having conducted a reasonable inquiry into the military service status of each Defendant in this matter, the undersigned attorney declares that, based on the records kept by the Department of Defense Manpower Data Center, neither Defendant appears to be in military service as defined by the Servicemembers' Civil Relief Act of 2003, 50 U.S.C. §§ 3901-4043. (See attached Military Status Reports.)
8. The Affidavit of Amanda R. Blackwood, counsel for Plaintiff, is attached hereto in support of this Request.

Dated this 22nd day of September, 2026.

Respectfully Submitted,

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
PO Box 6921
Moore, OK 73153
405.232.6357 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF**