**FILED**

11:57 am, Sep 24 2026

**Douglas E. Wedge, Clerk**
**U.S. Bankruptcy Court**
**Western District of Oklahoma**

**Deputy**____________________

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:

Danielle McCoy,

Kylie McCoy,

Debtor(s).

Case No. 26-11376SAH

Chapter 7

Ian's Enterprise, LLC,

Plaintiff(s),

vs.

Adversary No. 26-01031SAH

Kylie McCoy,

Defendant(s).

**ENTRY OF DEFAULT**

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law: Kylie McCoy.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

11:57 am, Sep 24 2026

FOR THE COURT:
Douglas E. Wedge, Court Clerk

By:____________________
Deputy Clerk

*Rev 03/20/2026*

Print Save As... Reset