FILED
11:43 am, Sep 24 2026
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma
Deputy____________________

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:

Danielle McCoy,

Kylie McCoy,

Debtor(s).

Case No. 26-11376SAH

Chapter 7

Ian's Enterprise, LLC,

Plaintiff(s),

vs.

Adversary No. 26-01031SAH

Danielle McCoy,

Defendant(s).

## ENTRY OF DEFAULT

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law: Danielle McCoy.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

11:43 am, Sep 24 2026

FOR THE COURT:
Douglas E. Wedge, Court Clerk

By:______________________________
Deputy Clerk

*Rev 03/20/2026*

Print Save As... Reset